1  James D. Burnside III     #75977
   Jared C. Marshall         #272065
2  DOWLING, AARON & KEELER, INC.
   8080 North Palm Avenue, Third Floor
3  P.O. Box 28902
   Fresno, California 93729-8902
4  Tel:  (559) 432-4500
   Fax:  (559) 432-4590
5  E-mail:  jburnside@daklaw.com
            jmarshall@daklaw.com
6
   Attorneys for Defendant STEPHEN B. CHASKO
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL OWENS,                        | Case No. 1:11-CV-00335-AWI-GSA
12 |                   Plaintiff,           | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER THEREON**
13 | v.                                     |
14 | STEPHEN B. CHASKO, an individual,      |
   | and DOES 1 through 10, inclusive,      |
15 |                                        | Trial Date:  None
   |                   Defendants.          |
16

17

18                              **STIPULATION**

19         The parties request the Mandatory Scheduling Conference be postponed from

20 April 28, 2011 to June 27, 2011 at 10:00 a.m. for the following reasons.

21         This action was originally filed on January 12, 2011 in the Tulare County

22 Superior Court.  Plaintiff, a California resident, sued Defendant, a Pennsylvania resident, for

23 abuse of process and intentional infliction of emotional distress.  Defendant removed the case

24 to this Court on February 28, 2011 based on diversity of citizenship jurisdiction.

25         On March 4, 2011 Defendant filed a Motion to Dismiss under FRCP 12(b)(2) on

26 the ground the Court lacks personal jurisdiction over the Defendant.  On March 22, 2011,

27 Plaintiff filed his First Amended Complaint setting forth new allegations on the jurisdictional

28 issue.



1   On April 8, 2011 Defendant filed a FRCP 12(b)(6) motion asserting each count
2 of the First Amended Complaint fails to state a claim for relief.  The hearing on the motion was
3 set for May 23, 2011 (a Stipulation and Order to continue said hearing to Tuesday, May 31,
4 2011 is being submitted concurrently herewith).

5   The Mandatory Scheduling Conference on calendar for April 28, 2011 was set
6 by Order filed on February 28, 2011 and is the initial setting for said conference.  Participation
7 in a Mandatory Scheduling Conference on April 28, 2011 would be premature because until
8 such time as the Court rules on the 12(b)(6) motion directed at the First Amended Complaint,
9 the parties will lack the information and thus the ability to comply with the order of the Court
10 in a number of respects as to the contents of the Joint Scheduling Report, such as the factual
11 and legal contentions set forth in the pleadings, any proposed amendment to the pleadings with
12 corresponding deadline, a detailed summary of the uncontested and contested facts, a summary
13 of both the disputed and undisputed legal issues, and a complete and detailed discovery plan.
14 The parties request the Mandatory Scheduling Conference be continued to June 27, 2011 at
15 10:00 a.m. again in Courtroom 10 before the U.S. Magistrate Judge Gary S. Austin.

Dated:   April 15, 2011          DOWLING, AARON & KEELER, INC.

By:   /s/ James D. Burnside III
      James D. Burnside III
      Jared C. Marshall
      Attorneys for Defendant
      STEPHEN B. CHASKO

Dated:   April 19, 2011          WILLIAMS, JORDAN, BRODERSEN &
                                 PRITCHETT, LLP

By:   /s/ Nick Pritchett
      Nick Pritchett
      Attorneys for Plaintiff MICHAEL OWENS



1  **ORDER**

2  Upon reviewing the Stipulation of counsel for the parties and sufficient cause
3  having been demonstrated,
4  IT IS ORDERED the Mandatory Scheduling Conference is continued to
5  June 27, 2011 at 10:00 a.m. in Courtroom 10 before U.S. Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:  **April 19, 2011**                              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE



---
3
STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE
AND ORDER THEREON