James D. Burnside III    #75977
Jared C. Marshall        #272065
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
E-mail: jburnside@daklaw.com
        jmarshall@daklaw.com

Attorneys for Defendant STEPHEN B. CHASKO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWENS,<br><br>               Plaintiff,<br><br>v.<br><br>STEPHEN B. CHASKO, an individual, and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 1:11-CV-00335-AWI-GSA<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER THEREON**<br><br>Trial Date: None |

### **STIPULATION**

Due to the unavailability of Plaintiff's counsel on the date first selected by the moving party Defendant for the hearing on its motion to dismiss, the parties hereby agree the hearing be continued from May 23, 2011 to May 31, 2011 at 1:30 p.m. in Courtroom 2.

Dated:    April 15, 2011              DOWLING, AARON & KEELER, INC.


                                      By:  /s/ James D. Burnside III
                                           James D. Burnside III
                                           Jared C. Marshall
                                           Attorneys for Defendant
                                           STEPHEN B. CHASKO

///

///

///

1  Dated: April 19, 2011                    WILLIAMS, JORDAN, BRODERSEN &
2                                                                  PRITCHETT, LLP
3
4                                                     By:   /s/ Nick Pritchett
                                                            Nick Pritchett
5                                                           Attorneys for Plaintiff MICHAEL OWENS
6
7                                    **ORDER**
8  Good cause having been demonstrated,
9
10
11 IT IS SO ORDERED.
12 Dated:  May 2, 2011                        _____
                                              CHIEF UNITED STATES DISTRICT JUDGE
13