IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL OWENS, | ) | 1:11-CV-0335 AWI GSA |
| | ) | |
| Plaintiff, | ) | ORDER VACATING May 31, |
| | ) | 2011 HEARING DATE AND |
| v. | ) | TAKING MATTER UNDER |
| | ) | SUBMISSION |
| | ) | |
| STEPHEN B. CHASKO, an individual, and DOES 1 through 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant's motion to dismiss has been set for hearing in this case on May 31, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 31, 2011, is VACATED, and the parties shall not appear at that time. As of May 31, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 27, 2011

CHIEF UNITED STATES DISTRICT JUDGE