UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OWENS, | 1:11-CV-00335-AWI-BAM |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| STEPHEN B. CHASKO, | |
| Defendant. | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41(a)(1),

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   January 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1